UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SYNERGY ADVISORS, LLC, | Case No. CV 13-06410-MMM(JCGx) |
| Plaintiff, | **ORDER GRANTING STIPULATION OF ALL PARTIES TO DISMISS THIS ENTIRE ACTION WITH PREJUDICE WITH THE COURT RESERVING JURISDICTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT** |
| v. | |
| GOOLD HEALTH SYSTEMS, INC., a Maine corporation; JIM CLAIR, an individual; WILLIAM WALDRON, an individual; THE WALDRON GROUP, a Maine corporation, CHRISTOPHER HOWARD, an individual, and DOES 1-25, inclusive, | |
| Defendants. | Complaint Filed:   July 29, 2013<br>Action Removed:  Aug. 30, 2013<br>Trial Date:            Sept. 2, 2014 |

SMRH:417633598.1

The Court has reviewed the Stipulation to Dismiss Complaint with Prejudice filed by the parties on March 10, 2014 (the "Stipulation"). The Court finds that good cause supports the Stipulation. Accordingly, the Court **HEREBY ORDERS** as follows:

1. The above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own costs and attorneys' fees. The Court will retain jurisdiction over this action to resolve any disputes arising under the parties' Settlement Agreement entered into as of March 6, 2014, including, without limitation, enforcement and entry of judgment, as appropriate.

**IT IS SO ORDERED**.

Dated: March 11, 2014

_____
Honorable Margaret M. Morrow
Judge, United States District Court